UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES | |
|---|---|
| -v.- | 21 Cr. 665 (KPF) |
| XIN LIN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an arraignment on November 10, 2021 at 12:00 p.m. The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately. The public may dial into an audio-only feed of this conference by calling (917) 933-2166 and entering Conference ID 974-220-417.

SO ORDERED.

Dated: November 2, 2021
       New York, New York

　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　United States District Judge