**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street,  Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

TEL 212-227-8899                                                                                                           FAX 212-964-2926

December 19, 2021

Hon. Katherine Polk Failla
United States District Court
40 Centre Street
New York, N.Y. 10007
*via ECF*



**Re: United States  v. Xin Lin,**
        21 Cr. 665 (KPF)

Your Honor

     I write to request permission for a temporary suspension of Xin Lin's travel restrictions so that he may travel to Pennsylvania on December 22, 2021 to attend his grandmother's funeral. If permitted to do so Mr. Lin will go to Pennsylvania and return the same day. He will also advise his pretrial officer of the details of his trip. Mr. Lin has been released on a two hundred fifty thousand dollar ($250,000.00) bond co-signed by two financially responsible people and is subject to ordinary pretrial supervision. He has surrendered his passport as a condition of his bond.

     The government, by Sarah Kushner, Esq., consents and Mr. Lin's pretrial officer, Mallori Brady, has no objection to this request

Respectfully,

*Lisa Scolari*

Lisa Scolari

```
Application GRANTED.  The Clerk of Court is directed
to terminate the pending motion at docket number 17.
The Court extends its condolences to Mr. Lin's family.

Dated:    December 20, 2021          SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE