**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

**TEL 212-227-8899**                                                                                    FAX 212-964-2926

January 6, 2022

Hon. Katherine Polk Failla
United States District Court
40 Centre Street
New York, N.Y. 10007
*via ECF*



**Re: United States v. Xin Lin,**
21 Cr. 665 (KPF)

Your Honor

     I write to request an adjournment of the conference in Xin Lin's case, currently scheduled for January 14, 2022. The government is continuing to provide discovery and shortly expects to produce a large volume material from Mr. Lin's phone. As my review of previously produced material is ongoing, I will need time to obtain and review the additional production.

     Therefore, I request that the Court adjourn the conference to a date in mid-March. As this application is made for the review of discovery, the time between January 14, 2022 and the adjourn date should be excluded from speedy trial calculations. .

     The government, by Sarah Kushner, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application GRANTED.  The conference scheduled for January 13, 2022, is hereby ADJOURNED to March 15, 2022, at 11:00 a.m.  If the parties believe that a status report in lieu of the conference is more efficient, they shall file a status letter on or before March 8, 2022, including an adjournment request. If the conference is to go forward as scheduled, the parties shall inform the Court  of their preference for a remote conference or in-person conference by March 8, 2022.

It is further ORDERED that time is excluded under the Speedy Trial Act between January 6, 2022, and March 15, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery.

The Clerk of Court is directed to terminate the pending motion at docket number 19.

Dated:     January 6, 2022            SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE