**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

November 9, 2022

Hon. Katherine Polk Failla
United States District Court
40 Centre Street
New York, N.Y. 10007
*via ECF*



**Re: United States v. Xin Lin,**
  21 Cr. 665 (KPF)

Your Honor

    I write to request permission for a temporary suspension of Xin Lin's travel restrictions so that he may travel to New Jersey tomorrow to pick up vehicles that the DEA is returning to him. Mr. Lin has an appointment to appear at the DEA storage facility in Mahwah on the morning of November 10, 2022.

    The government, by Sarah Kushner, Esq., consents and Mr. Lin's pretrial officer, Marnie Gerardino, both consent to this request

                        Respectfully,

                        *Lisa Scolari*
                        Lisa Scolari

SO ORDERED

_____
HON. KATHERINE POLK FAILLA

```
Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket number 32.

Dated:    November 9, 2022
          New York, New York
```