**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

April 18, 2023

Hon. Katherine Polk Failla
United States District Court
40 Centre Street
New York, N.Y. 10007
*via ECF*



Re: **United States v. Xin Lin,**
    21 Cr. 665 (KPF)

Your Honor

    I write to request an adjournment of Xin Lin's sentence which is currently scheduled for May 4, 2023 to a date at the end of June, 2023. The defense sentencing submission is due on Thursday, April 20, 2023 but the final presentence report has yet to be produced. Once I receive the report I will need time to review it with Mr. Lin and a Chinese interpreter before I can prepare a sentencing submission.

    The government, by Sarah Kushner, Esq., consents to this request.

                                    Respectfully,

                                    *Lisa Scolari*
                                  Lisa Scolari

```
Application GRANTED.  The sentencing currently scheduled for May
4, 2023, is hereby ADJOURNED to July 6, 2023, at 3:00 p.m.

The Clerk of Court is directed to terminate the pending motion
at docket number 43.

Dated:    April 18, 2023              SO ORDERED.
          New York, New York



                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```