LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 27, 2023

Hon. Katherine Polk Failla
United States District Court
40 Centre Street
New York, N.Y. 10007
via ECF



Re: United States v. Xin Lin,
21 Cr. 665 (KPF)

Your Honor

    I write to request an adjournment of Xin Lin's sentence which is currently scheduled for July 6, 2023 to a date in September, 2023. The PSR guideline calculation is inconsistent with the plea agreement and contains several legal errors.  I need the requested time to research and address those errors and will be taking vacation during August.
    The government,  by Sarah Kushner, Esq., consents to this application. Therefore I request an adjournment to a date during September, 2023

Respectfully
*Lisa Scolari*
Lisa Scolari

```
Application GRANTED.  The sentencing currently scheduled for
July 6, 2023, is hereby ADJOURNED to September 6, 2023, at 2:00
p.m.

The Clerk of Court is directed to terminate the pending motion
at docket number 46.

Dated:     June 27, 2023               SO ORDERED.
           New York, New York


                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```