LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

January 29, 2024

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
New York, NY
*via ECF*



**Re: United States v. Xin Lin,**
21 Cr. 665 (KPF)

Your Honor:

    I write to request a month extension of Mr. Lin's surrender date to March 18, 2024. The Court sentenced Mr. Lin to a year and a day on October 31, 2023 and permitted him to surrender on February 15, 2024.[1] The Court granted an extended surrender date so that Mr. Lin could determine what to do with his sushi restaurant. He has taken significant steps to insure that it will operate in his absence, including hiring additional staff to replace him. But one of his employees, the kitchen chef, needs to take two weeks off for the birth of his child at the end of February. None of the other chefs, who are sushi chefs, can fill in for the kitchen chef as their training and responsibilities are different.

    It is very unlikely that Mr. Lin could hire and train a temporary chef for a two week job. Thus he requests the extension so that he can cover for the kitchen chef during the two weeks that he is on paternity leave. It is anticipated that the requested extension will be sufficient for Mr. Lin to fill in for the kitchen chef at the end of February and there will be no need for a further application.

    The government, by Sarah Kushner, Esq., has no objection to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA

---

[1] We seek the March 18, 2024 date as an actual month extension to March 15, 2024, would require a Friday surrender date which can be problematic due to prison staffing issues.

Application GRANTED.  In light of the circumstances, Mr. Lin's surrender date is hereby ADJOURNED to **March 18, 2024,** before **2:00 p.m.**

The Clerk of the Court is directed to terminate the pending motion at docket number 57.

Dated:     January 30, 2024          SO ORDERED.
           New York, New York

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE